UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x    Case No.: 11-CV-06115-NGG-CLP

THERESA FAITAK,

Plaintiff,

-against-

**STIPULATION**

AVAX PROPERTY ASSOCIATES, LLC,
DOUGLASTON REALTY MANAGEMENT
CORPORATION and METRO MANAGEMENT
DEVELOPMENT, INC.,

Defendants.

-------------------------------------------------------------x

       IT IS **HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorneys, that the time in which defendant, Avax Property Associates, LLC, has to serve an

answer, move or appear in the above-entitled action is hereby extended to and including March

15, 2012; and

       IT IS **HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may

be executed in counterparts, and facsimile signatures shall have the same force and effect as

originals.

Dated: March 6, 2012

**MAYER BROWN, LLP**

By: _____
       Charles Salem Korschun, Esq.
Attorney for Plaintiff
1675 Broadway
New York, NY 10019
212-506-2500

**SO ORDERED**

√ CHERYL L. POLLAK     3/7/12
_____

**CERTILMAN BALIN ADLER
& HYMAN, LLP**

By: _____
       Douglas E. Rowe, Esq.
Attorneys for Defendant
Avax Property Associates, LLC
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
516-296-7000

1

2461416.1