UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x Case No.: 11-CV-06115-NGG-CLP
THERESA FAITAK,

                Plaintiff,

-against-                       **STIPULATION**

AVAX PROPERTY ASSOCIATES, LLC,
DOUGLASTON REALTY MANAGEMENT
CORPORATION and METRO MANAGEMENT
DEVELOPMENT, INC.,

                Defendants.
------------------------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time in which defendant, Avax Property Associates, LLC, has to serve an answer, move or appear in the above-entitled action is hereby extended to and including April 13, 2012; and

    **IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as originals.

Dated: March 13, 2012

| MAYER BROWN, LLP | CERTILMAN BALIN ADLER & HYMAN, LLP |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Charles Salem Korschun, Esq. | James A. Rose, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 1675 Broadway | Avax Property Associates, LLC |
| New York, NY 100179 | 90 Merrick Avenue, 9th Floor |
| 212-506-2500 | East Meadow, NY 11554 |
| | 516-296-7000 |

**SO ORDERED**

_____

2471249.1