UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x  Case No.: 11-CV-06115-NGG-CLP
THERESA FAITAK,

          Plaintiff,

   -against-                      **STIPULATION**

AVAX PROPERTY ASSOCIATES, LLC,
DOUGLASTON REALTY MANAGEMENT
CORPORATION and METRO MANAGEMENT
DEVELOPMENT, INC.,

          Defendants.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for all parties in the above-referenced action, that the Initial Conference scheduled for April 11, 2012 is hereby adjourned, with permission of the Court, to May 9, 2012.

The undersigned parties further consent that a faxed or electronic copy of their signature on this stipulation will be considered an original signature and that receipt of the faxed or electronic copy of the signature of the party allows inclusion of that party's signature on the stipulation to be filed with the Court.

Dated: March 14, 2012

MAYER BROWN, LLP

By: _____
Charles Salem Korschun, Esq.
Attorney for Plaintiff
1675 Broadway
New York, NY 10019
212-506-2500
E-mail: ckorschun@mayerbrown.com

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
James A. Rose, Esq.
Attorneys for Defendant
Avax Property Associates, LLC
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
516-296-7000
E-mail: jrose@certilmanbalin.com

1

2471921.1

L'Abbate, Balkan, Colavita & Contini, LLP    Winget, Spadafora & Schwartzberg, LLP

By: *[signature]*    By: _____
Marie Ann Hoenings, Esq.    Dianna D. McCarthy, Esq.
Attorneys for Defendant    Attorneys for Defendant
Douglaston Realty Management Corporation    Metro Management Development, Inc.
1050 Franklin Avenue, 4th Fl    45 Broadway, 19th Fl
Garden City, NY 11530    New York, NY 10006
516-294-8844    212-221-6900
Fax: 516-294-8202    Fax: 212-221-6989
E-mail: mhoenings@lbcclaw.com    E-mail: McCarthy.D@wsslllp.com

**SO ORDERED:**

_____

2

2471921.1

L'Abbate, Balkan, Colavita & Contini, LLP

By: _____
    Marie Ann Hoenings, Esq.
Attorneys for Defendant
Douglaston Realty Management Corporation
1050 Franklin Avenue, 4th Fl.
Garden City, NY 11530
516-294-8844
Fax: 516-294-8202
E-mail: mhoenings@lbcclaw.com

Winget, Spadafora & Schwartzberg, LLP

By: _____
    Dianna D. McCarthy, Esq.
Attorneys for Defendant
Metro Management Development, Inc.
45 Broadway, 19th Fl
New York, NY 10006
212-221-6900
Fax: 212-221-6989
E-mail: McCarthy.D@wssllp.com

*Conference adjourned to May 9 at 2:00 pm. No further extensions will be granted.*

SO ORDERED:

_____
WMR
3/16/12

2

24/1921.1