UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x   Civil Action No.: CV 11 6115
THERESA FAITAK,

                Plaintiff,

    - against-                              **ANSWER TO DOUGLASTON**
                                                   **REALTY MANAGEMENT**
AVAX PROPERTY ASSOCIATES, LLC,          **CORPORATION'S CROSS-CLAIMS**
DOUGLASTON REALTY MANAGEMENT        **AGAINST METRO MANAGEMENT**
CORPORATION,                                         **DEVELOPMENT, INC.**

        and

METRO MANAGEMENT DEVELOPMENT,
INC.,

                Defendants.
----------------------------------------------------------------- x

        The Defendant, Metro Management Development, Inc. ("Metro"), by and through its attorneys, Winget, Spadafora & Schwartzberg, LLP, as and for an Answer to the Defendant, Douglaston Realty Management Corporation ("Douglaston"), cross-claims as contained in its Answer to Cross-Claims of Metro with Affirmative Defenses and Cross-Claim (the "Cross-claim") against Metro, alleges as follows:

        1.       In response to Paragraphs "1" through "9," Metro repeats and realleges each response and affirmative defense in its Amended Answer and Affirmative Defenses to Plaintiff's Complaint, as well as in its Answer with Cross-Claims to Avax Property Associates, LLC's Cross-Claims, as if fully set forth herein.

## AS AND FOR AN ANSWER TO THE CROSS-CLAIM AGAINST CO-DEFENDANT METRO MANAGEMENT DEVELOPMENT, INC.

10. Defendant denies the allegations contained in Paragraph "10" of the Cross-claim.

11. Defendant denies the allegations contained in Paragraph "11" of the Cross-Claim.

## AS AND FOR AN ANSWER TO "PRAYER FOR RELIEF"

The "WHEREFORE" Paragraph which immediately follow Paragraph "11" of the Cross-claim states a prayer for relief to which no responsive pleading is required but, should a response be required, Metro denies that Douglaston is entitled to any relief.

**WHEREFORE,** Defendant Metro demands judgment dismissing Douglaston's Cross-claim, for costs and disbursements of this action, including attorneys' fees, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
June 21, 2012

                                          Winget, Spadafora & Schwartzberg, LLP
                                          *Attorneys for Defendant*
                                          METRO MANAGEMENT
                                          DEVELOPMENT, INC.

                          By:    /s/   Dianna D. McCarthy
                                          Dianna D. McCarthy (DDM – 5999)
                                          Melissa L. Morais (MM - 7982)
                                          Winget, Spadafora & Schwartzberg, LLP
                                          45 Broadway, 19th Floor
                                          New York, New York 10006
                                          (212) 221-6900
                                          (212) 221-6989 (facsimile)

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of Metro Management Development, Inc.'s Answer to Douglaston Realty Management Corporation's Cross-Claims against Metro Management Development, Inc., was sent via ECF and regular mail on this date to the individuals below:

Charles S. Korschun
Henniger S. Bullock
1675 Broadway
New York, NY 10019
Tel.:   (212) 506-2533

Marie Ann Hoenings
Marian C. Rice
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Ave.
Garden City, NY 11530
Tel.:   (516) 837-7415

James A. Rose
Douglas E. Rowe
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Tel.:   (516) 296-7000

Dated: June 21, 2012

/s/ Melissa L. Morais
Melissa L. Morais (MM – 7982)