Henninger S. Bullock
Charles S. Korschun
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Phone: (212) 506-2500
Fax: (212) 262-1910

*Attorneys for Plaintiff Theresa Faitak*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

THERESA FAITAK,

                Plaintiff,

    v.

AVAX PROPERTY ASSOCIATES, LLC,

DOUGLASTON REALTY MANAGEMENT CORPORATION,

METRO MANAGEMENT DEVELOPMENT, INC.

                Defendants.

No: 11 CV 6115-NGG-CLP

ECF Case

---------------------------------------------------------------- x

**PLAINTIFF'S NOTICE OF
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff Theresa Faitak's Motion for Leave to File Amended Complaint; and the accompanying Declaration of Charles S. Korschun, dated September 10, 2012, and the exhibits thereto, Plaintiff Theresa Faitak, by and through her undersigned counsel, will move this Court, before the Honorable Cheryl L. Pollak, United States District Magistrate Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time

designated by the Court, (a) for an Order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, granting Plaintiff leave to file her Proposed Amended Complaint, served electronically upon defendants August 20, 2012.

Dated:   September 10, 2012                         MAYER BROWN LLP


                                                                         /s/ Charles S. Korschun
                                                                        Henninger S. Bullock (hbullock@mayerbrown.com)
                                                                        Charles S. Korschun (ckorschun@mayerbrown.com)
                                                                        MAYER BROWN LLP
                                                                        1675 Broadway
                                                                        New York, NY  10019

                                                                        *Attorneys for Plaintiff Theresa Faitak*

To:   James A. Rose
      Sanjay Nair
      CERTILMAN BALIN ADLER & HYMAN, LLP
      Financial Center at Mitchell Field
      90 Merrick Avenue
      East Meadow, NY 11554
      516-296-7000
      jrose@certilmanbalin.com
      *Attorneys for Defendant Avax Property Associates, LLC*

      Marie Ann Hoenings
      Nicole Felder
      L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P.
      1050 Franklin Avenue
      Garden City, NY 11530
      516-294-8202
      mhoenings@lbcclaw.com
      *Attorneys for Defendant Douglaston Realty Management Corporation*

      Melissa L. Morais
      WINGET, SPADAFORA & SCHWARTZBERG, LLP
      45 Broadway
      New York, NY 10006
      212-221-6989
      Morais.m@wssllp.com
      *Attorneys for Defendants Metro Management Development, Inc.*