

# Winget | Spadafora | Schwartzberg | LLP

NEW YORK:
45 Broadway
19th Floor
New York, NY 10006
T 212.221.6900
F 212.221.6989
Morais.M@wsllp.com

November 21, 2012

**VIA ECF AND FACSIMILE**
The Honorable Cheryl L. Pollak
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: (718) 613-2365

| | | |
|---|---|---|
| Re: | Matter: | Faitak v. Avax Property Associates, LLC, Douglaston Realty Management Corporation, and Metro Management Development, Inc. |
| | Index No.: | 11CV6115 (NGG) (CLP) |
| | Our File No.: | 03016.12042 |

Dear Judge Pollak:

This office represents the Defendant, Metro Management Development, Inc., in connection with the referenced matter. Due to complications related to the recent hurricane, we write to request a short extension of time in which to submit a response to the Plaintiff's Amended Complaint. The Amended Complaint was filed on November 7, 2012, and we request time to respond through December 7, 2012. We have contacted counsel for the Plaintiff and obtained consent for this request.

Thank you for your anticipated courtesies. Please do not hesitate to contact the undersigned with any questions.

Very truly yours,

**Request granted.**
/s/ CHERYL L. POLLAK    //P/1/12
United States Magistrate Judge
SO ORDERED.

Melissa L. Morais (MM – 7982)

cc: Charles S. Korschun, Esq. (via ECF)
Henniger S. Bullock, Esq. (via ECF)
Marie Ann Hoenings, Esq. (via ECF)
Marian C. Rice, Esq. (via ECF)
Douglas E. Rowe, Esq. (via ECF)
James A. Rose, Esq. (via ECF)

www.WSSLLP.com

| NEW JERSEY: | CONNECTICUT: | FLORIDA: | CALIFORNIA: |
|---|---|---|---|
| 2500 Plaza 5 | 177 Broad Street | 20801 Biscayne Boulevard | 1900 Avenue of the Stars |
| Harborside Financial Center | 5th Floor | 4th Floor | Suite 450 |
| Jersey City, NJ 07311 | Stamford, CT 06901 | Miami, FL 33180 | Los Angeles, CA 90067 |
| T 201.633.3630 | T 203.328.1200 | T 786.923.5911 | T 310.836.4800 |