

SANJAY V. NAIR
ASSOCIATE
DIRECT DIAL 516.296.7052
snair@certilmanbalin.com

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

NOVEMBER 21, 2012

The Hon. Cheryl L. Pollak
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    <u>Faitak v. Avax Property Associates, LLC, *et al.*</u>
                       11-CV-06115 (NGG) (CLP)

Dear Magistrate Judge Pollak:

      This firm represents Defendant Avax Properties Associates, LLC in the above-referenced action. Defendant writes, with Plaintiff's consent, to respectfully request an extension of time to Answer the Amended Complaint, filed November 7, 2012 as D.E. 51. Defendants request an extension of time to **December 7, 2012.**

      The basis for the extension of time is that this firm lost a significant amount of time in operations due to electrical issues that were only recently resolved.

                                          Sincerely,

                                          Certilman Balin Adler & Hyman, LLP

                                          By:        /s/
                                                   Sanjay V. Nair