**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:
45 Broadway
19th Floor
New York, NY 10006
T 212.221.6900
F 212.221.6989
Morais.M@wssllp.com

December 3, 2012

**VIA ECF AND FACSIMILE**
The Honorable Cheryl L. Pollak
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
Fax:    (718) 613-2365

| Re: | Matter: | Faitak v. Avax Property Associates, LLC, Douglaston Realty Management Corporation, and Metro Management Development, Inc. |
|---|---|---|
| | Index No.: | 11CV6115 (NGG) (CLP) |
| | Our File No.: | 03016.12042 |

Dear Judge Pollak:

This office represents the Defendant, Metro Management Development, Inc. ("Metro"), in connection with the referenced matter. As the Court is aware, the Plaintiff recently filed an Amended Complaint in which she adds a new party, 59-11 Queens Boulevard Owners, Inc. (the "Co-op"). In this regard, we were just informed that this office will be representing the Co-op as well as Metro. As such, we write to request an extension of time to submit a response on behalf of both the Co-op and Metro through December 17, 2012. We have contacted counsel for the Plaintiff and obtained consent for this request.

Thank you for your anticipated courtesies. Please do not hesitate to contact the undersigned with any questions.

Very truly yours,

Melissa L. Morais (MM – 7982)

cc:   Charles S. Korschun, Esq. (via ECF)
Henniger S. Bullock, Esq. (via ECF)
Marie Ann Hoenings, Esq. (via ECF)
Marian C. Rice, Esq. (via ECF)
Nicole Feder, Esq. (via ECF)
Douglas E. Rowe, Esq. (via ECF)
James A. Rose, Esq. (via ECF)
Sanjay V. Nair, Esq. (via ECF)

SO ORDERED.

/s/ CHERYL L. POLLAK   12/4/12
United States Magistrate Judge

www.WSSLLP.com

NEW JERSEY:
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
T 201.633.3630

CONNECTICUT:
177 Broad Street
5th Floor
Stamford, CT 06901
T 203.328.1200

FLORIDA:
20801 Biscayne Boulevard
4th Floor
Miami, FL 33180
T 786.923.5911

CALIFORNIA:
1900 Avenue of the Stars
Suite 450
Los Angeles, CA 90067
T 310.836.4800