US MAGISTRATE JUDGE CHERYL L. POLLAK       DATE: 1/18/13

TIME SPENT: _____

DOCKET NO. 11 CV 6115

CASE: Faitak v Awax Property Assocs.

_____ INITIAL CONFERENCE       _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE     _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE     ✓   TELEPHONE CONFERENCE
_____ MOTION HEARING           _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED        _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____       DEF. TO SERVE PL. BY: _____

**RULINGS:** Conference re confidentiality agreement

Settlement conference adjourned to 3/1 at 230

Parties to submit status letter re confidentiality stip by 1/25