US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 3/1/13

TIME SPENT: _____

DOCKET NO. 11 CV 6115

CASE: Fartah v Avax

____ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE          ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE         ____ TELEPHONE CONFERENCE
____ MOTION HEARING                ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                    ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____
√ NEXT CONFERENCE SCHEDULED FOR 7/16 @ 10:00
____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Parties to revise conf. stip in accord with the directions at the conference; all disputes resolved

Amended Answer by Avax to be filed on consent

Parties to limit merits interrogs to 25. Responses due 30 days after receipt of final list

Pl. to execute new authorizations for Lenox Hill