AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Theresa Faitak | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 11 CV 6115-PKC-CLP |
| Avax Property Associates LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Theresa Faitak

Date:   07/15/2013

*Attorney's signature*

Allison Zolot (AZ2264)
*Printed name and bar number*

Mayer Brown LLP
1675 Broadway
New York, New York 10019

*Address*

azolot@mayerbrown.com
*E-mail address*

(212) 506-2500
*Telephone number*

(212) 849-5949
*FAX number*