

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

SANJAY V. NAIR
ASSOCIATE
DIRECT DIAL 516.296.7052
snair@certilmanbalin.com

JULY 16, 2013

The Hon. Cheryl L. Pollak
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Faitak v. Avax Property Associates, LLC, et al.
          11-CV-06115 (NGG) (CLP)

Dear Magistrate Judge Pollak:

  This firm represents Defendant Avax Properties Associates, LLC in the above-referenced action. Defendant writes, with all parties' consent, in connection with yesterday's Electronic Rescheduling Order which adjourned the July 16, 2013 status\settlement conference to July 23, 2013.

  Due to an unavoidable scheduling conflict on July 23, 2012, and understanding from a phone call with Chambers that the Court is unavailable during the first two weeks in August, Defendant Avax Properties Associates, LLC respectfully requests that the status\settlement conference be adjourned to August 27th, or a date thereafter that is convenient for the Court.

  This is the second request for the adjournment of the settlement conference, and the first by Defendant Avax Properties Associates, LLC. The first request for an adjournment was made by Co-Defendants 59-11 Queens Boulevard Owners, Inc., Metro Management Development, and Douglaston Realty Management Corporation in connection with outstanding medical records [D.E. 77, 78].

  Defendant Avax Properties Associates, LLC thanks the Court for its time and consideration of this application.

            Sincerely,

            Certilman Balin Adler & Hyman, LLP

            By:  /s/
               Sanjay V. Nair

2691791.1