UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THERESA FAITAK,

                Plaintiff,

      v.

AVAX PROPERTY ASSOCIATES, LLC,
DOUGLASTON REALTY MANAGEMENT
CORPORATION, and METRO MANAGEMENT
DEVELOPMENT, INC., and 59-11 QUEENS
BOULEVARD OWNERS, INC.,

                Defendants.
------------------------------------------------------------------X

Case No. 11-CV-06115
(NGG) (CLP)

**NOTICE OF DEPOSITION**
**OF METRO MANAGEMENT**
**DEVELOPMENT, INC.**

TO:    METRO MANAGEMENT DEVELOPMENT, INC. and its attorneys

          Melissa L. Morais
          Dianna McCarthy
          Winget, Spadafora & Schwartzberg, LLP
          45 Broadway
          New York, NY 10006
          (212) 221-6989
          Morais.m@wssllp.com
          Mccarthy.d@wssllp.com

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant, Douglaston Realty Management Corp. will take the deposition upon oral examination of Metro Management Development, Inc., by an agent, servant and/or employee having knowledge of the facts and circumstances regarding the above-referenced matter, before a notary public or other officer authorized to administer oaths at 10:00 a.m. on September 10, 2013 at the offices of Mayer Brown LLP, 1675 Broadway, New York, New York 10019, and will continue until completed.

DATED:     Garden City, New York
               August 20, 2013

        Yours, etc.,

        L'ABBATE, BALKAN, COLAVITA
         &amp; CONTINI, L.L.P.

By: _____
     NICOLE FEDER
     *Attorney for Defendant*
     *Douglaston Realty Management*
     *Corporation*
     1001 Franklin Avenue, 3rd Floor
     Garden City, New York 11530
     (516) 294-8844

TO:    James A. Rose, Esq.
        Sanjay V. Nair, Esq.
        Certilman Balin Adler & Hyman, LLP
        *Attorneys for Defendant*
        *Avax Property Associates, LLC*
        Financial Center at Mitchel Field
        90 Merrick Avenue
        East Meadow, New York 11554
        516-296-7000

        Charles S. Korschun, Esq.
        Mayer Brown LLP
        *Attorneys for Plaintiff*
        1675 Broadway
        New York, New York 10019
        (212) 506-2528

        Melissa L. Morais, Esq.
        Wingate Spadafora Schwartzberg, LLP
        *Attorneys for Defendant*
        *Metro Management Development, Inc. and*
        *59-11 Queens Boulevard Owners, Inc.*
        45 Broadway, 19th Floor
        New York, New York 10006
        (212) 221-6900

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NASSAU             )

MARIA E. CUCCURULLO, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Suffolk County, New York.

That on the 20th day of August, 2013, deponent served the within *Notice of Deposition of Metro Management* upon:

James A. Rose, Esq.
Sanjay V. Nair, Esq.
Certilman Balin Adler & Hyman, LLP
*Attorneys for Defendant*
*Avax Property Associates, LLC*
Financial Center at Mitchel Field
90 Merrick Avenue
East Meadow, New York 11554

Charles S. Korschun, Esq.
Mayer Brown LLP
*Attorneys for Plaintiff*
1675 Broadway
New York, New York 10019

Melissa L. Morais, Esq.
Wingate Spadafora Schwartzberg, LLP
*Attorneys for Defendants*
*Metro Management Development, Inc. and*
*59-11 Queens Boulevard Owners, Inc.*
45 Broadway, 19th Floor
New York, New York 10006

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose, **via ECF** and by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
MARIA E. CUCCURULLO

Sworn to before me this
20th day of August, 2013.

_____
Notary Public

NICOLE FEDER
Notary Public, State of New York
No. 02FE6111274
Qualified in Queens County
Commission Expires June 7, 2016

3