US MAGISTRATE JUDGE CHERYL L. POLLAK  DATE: 8/27/13

TIME SPENT: _____

DOCKET NO. 11 CV 6115

CASE: Farkas v Awax

____ INITIAL CONFERENCE ✓ OTHER/STATUS CONFERENCE
✓ DISCOVERY CONFERENCE ____ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE ____ TELEPHONE CONFERENCE
____ MOTION HEARING ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED           ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____
____ NEXT CONFERENCE SCHEDULED FOR _____
____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Parties to appear with client reps (plaintiff by phone) for settlement conf 9/25 at 2:00

Discovery to proceed

Parties to exchange any requests for docs stemming from depositions within 2 weeks; responses 3 weeks thereafter

Pl. to provide authorization - 2 weeks