

NEW YORK:
45 Broadway
19th Floor
New York, NY 10006

T 212.221.6900
F 212.221.6989
Morais.M@wssllp.com

September 24, 2013

**VIA ECF AND FACSIMILE (718) 613-2365**
The Honorable Cheryl L. Pollak
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Matter:        Faitak v. Avax, et al.
            Index No.:     11CV6115 (NGG) (CLP)
            Our File No.:  03016.12042

Dear Judge Pollak:

      This office represents the Defendants, Metro Management Development, Inc. ("Metro") and 59-11 Queens Boulevard Owners, Inc. ("59-11"), in connection with the referenced matter. As the Court is aware, this matter is currently scheduled for a settlement conference for tomorrow, September 25, 2013, however, we write to request a short adjournment of the appearance tomorrow.

      Specifically, we recently learned (this week) that there may be another insurance carrier that may be providing coverage for Metro and/or 59-11. As such, we request a short adjournment in which to resolve this issue. In addition, in light of the Plaintiff's current medical situation, we believe that a short adjournment would benefit all parties. In this regard, we have contacted the other parties regarding adjourning the settlement conference and have obtained consent.

      Thank you for your anticipated courtesies. Please do not hesitate to contact the undersigned with any questions.

                                            Very truly yours,

                                            /s/ Melissa L. Morais

                                            Melissa L. Morais

cc:     Charles S. Korschun, Esq. (via ECF)
        Henniger S. Bullock, Esq. (via ECF)
        Marie Ann Hoenings, Esq. (via ECF)
        Marian C. Rice, Esq. (via ECF)
        Nicole Feder, Esq. (via ECF)
        Douglas E. Rowe, Esq. (via ECF)
        James A. Rose, Esq. (via ECF)
        Sanjay V. Nair, Esq. (via ECF)

www.WSSLLP.com

| NEW JERSEY: | CONNECTICUT: | FLORIDA: | CALIFORNIA: |
|---|---|---|---|
| 2500 Plaza 5 | 177 Broad Street | 20801 Biscayne Boulevard | 1900 Avenue of the Stars |
| Harborside Financial Center | 5th Floor | 4th Floor | Suite 450 |
| Jersey City, NJ 07311 | Stamford, CT 06901 | Miami, FL 33180 | Los Angeles, CA 90067 |
| T 201.633.3630 | T 203.328.1200 | T 786.923.5911 | T 310.836.4800 |