

# Winget | Spadafora | Schwartzberg | LLP

NEW YORK:
45 Broadway
19th Floor
New York, NY 10006

T 212.221.6900
F 212.221.6989
Morais.M@wsllp.com

October 24, 2013

**VIA ECF AND FACSIMILE (718) 613-2365**
The Honorable Cheryl L. Pollak
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Matter: Faitak v. Avax, et al.
    Index No.: 11CV6115 (NGG) (CLP)
    Our File No.: 03016.12042

Dear Judge Pollak:

This office represents the Defendants, Metro Management Development, Inc. ("Metro") and 59-11 Queens Boulevard Owners, Inc. ("59-11"), in connection with the referenced matter. As the Court is aware, this matter is currently scheduled for a settlement conference for October 29, 2013.

Before the settlement conference was scheduled for October 29, 2013, the Court had ordered that certain parties (Annette Breen for 59-11 and Judy Rivera for Metro) be produced for deposition on or before November 1, 2013. Since the parties do not wish to incur further costs if the matter may be settled, we write to request an extension of time to complete the depositions from November 1, 2013, through November 27, 2013. In this regard, the parties are all aware of the request and consent to same.

Thank you for your anticipated courtesies. Please do not hesitate to contact the undersigned with any questions.

Very truly yours,

/s/ Melissa L. Morais

Melissa L. Morais

*Request granted*
*So Ordered*
[signature]
10/25/13

cc: Charles S. Korschun, Esq. (via ECF)
Henniger S. Bullock, Esq. (via ECF)
Marie Ann Hoenings, Esq. (via ECF)
Marian C. Rice, Esq. (via ECF)
Nicole Feder, Esq. (via ECF)
Douglas E. Rowe, Esq. (via ECF)
James A. Rose, Esq. (via ECF)
Sanjay V. Nair, Esq. (via ECF)

www.WSSLLP.com

NEW JERSEY:
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
T 201.633.3630

CONNECTICUT:
177 Broad Street
5th Floor
Stamford, CT 06901
T 203.328.1200

FLORIDA:
20801 Biscayne Boulevard
4th Floor
Miami, FL 33180
T 786.923.5911

CALIFORNIA:
1900 Avenue of the Stars
Suite 450
Los Angeles, CA 90067
T 310.836.4800