US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 10/29/13

TIME SPENT: _____

DOCKET NO. 11 CV 6115

CASE: Fartah v Avax

\_\_\_\_\_ INITIAL CONFERENCE          \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE        \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE              \_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING               \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_\_ COMPLETED                    \_\_\_\_\_ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Pl. to provide medicare costs
Settlement conference by phone
11/12 at 12:00