US MAGISTRATE JUDGE CHERYL L. POLLAK             DATE: 11/12/13

TIME SPENT: _____

DOCKET NO. 11 CV 6115

CASE: Faitah v Avax Prop

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE    ✓ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE   ✓ TELEPHONE CONFERENCE
_____ MOTION HEARING                    _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED            _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

RULINGS: Waiting for medicare letter. Settlement conf. 12/20 at 9:00. Depositions stayed pending next conference.