UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------- x

THERESA FAITAK,

        Plaintiff,

v.

AVAX PROPERTY ASSOCIATES LLC,

DOUGLASTON REALTY MANAGEMENT

CORPORATION,

METRO MANAGEMENT DEVELOPMENT,

INC.,

and

59-11 QUEENS BOULEVARD OWNERS,

INC.

        Defendants.

------------------------------- X

: Civil Action No: 11 CV 6115-PKC-CLP

**STATEMENT NOTING A PARTY'S DEATH**

    In accordance with Rule 25(a), Lenora Faitak, who is a successor to the deceased party, notes the death during the pendency of this action of Theresa Faitak, Plaintiff.

Date: January 14, 2014

*Lenora Faitak* (signature)
Lenora Faitak
59-11 Queens Blvd., New York, NY, Apt 4-O
LFaitak@yahoo.com
347-870-2081