# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

January 24, 2014

Charles S. Korschun
Direct Tel +1 212 506 2533
Direct Fax +1 212 849 5533
ckorschun@mayerbrown.com

<u>VIA ECF AND FACSIMILE</u>

The Honorable Cheryl L. Pollak
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: (718) 613-2365

    Re:    *Faitak v. Avax Property Associates, LLC, et al.*
           <u>No.: 11-cv-6115 (PKC) (CLP)</u>

Dear Judge Pollak:

    We represent Plaintiff Theresa Faitak in the above referenced action. Regrettably, as indicated in the Statement Noting a Party's Death, filed today and attached here as Exhibit A, Ms. Faitak has died. We therefore write to request further adjournment of the Settlement Conference scheduled to take place January 31, 2014. We request that this conference be postponed indefinitely until after the resolution of any motion for substitution for Ms. Faitak as Plaintiff, which, if made, will be filed within the 90 day period provided by Rule 25(a) of the Federal Rules of Civil Procedure.

    We thank the Court for its consideration of this request.

                                                                  Respectfully submitted,

                                                                  Charles S. Korschun
                                                                  (CK8102)

cc:    All Counsel of Record

*[Handwritten note:]* Conference adjourned. Status report due in 90 days. So Ordered.
/s/ CHERYL POLLAK
USMJ
1/24/14

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.