# MAYER•BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

April 23, 2014

**Charles S. Korschun**
Direct Tel +1 212 506 2533
Direct Fax +1 212 849 5533
ckorschun@mayerbrown.com

VIA ECF AND FACSIMILE

The Honorable Cheryl L. Pollak
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: (718) 613-2365

Re:  *Faitak v. Avax Property Associates, LLC, et al.*
     No. 11-cv-6115 (PKC) (CLP)

Dear Judge Pollak:

We have represented Plaintiff Theresa Faitak in the above referenced action and now represent her daughter, Lenora Faitak, as representative to Theresa Faitak's estate following Theresa Faitak's passing. In consideration of the Court's April 21, 2014 Order granting counsel for Avax Property Associates LLC's ("Avax") Motion to Withdraw and a stay of the case for 30 days, we request an extension of the 90 day deadline, under Federal Rule of Civil Procedure 25(a), to file a motion to substitute a party as the Plaintiff in this Action following the Statement of Death, which was filed January 24, 2014.

We request that this deadline be extended until 7 days after new counsel for Avax enters an appearance in this Action. Additionally, we request that the deadline to file a Status Report, as required by the Court's January 24, 2014 Endorsed Letter Order, also be extended until 7 days after new counsel for Avax enters an appearance in this Action.

We thank the Court for its consideration of this request.

Respectfully submitted,

Charles S. Korschun
(CK8102)

cc:   All Counsel of Record